**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 13-21877-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| William R. Levis<br>4719 Prescott Drive<br>Bethel Park PA 15102 | Cathy S. Levis<br>4719 Prescott Drive<br>Bethel Park PA 15102 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/30/2016.

Name and Address of Alleged Transferor(s):

Claim No. 9: RBS Citizens, NA, 10561 Telegraph Rd., Glen Allen, VA 23059

Name and Address of Transferee:

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/05/16

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William R. Levis
Cathy S. Levis
     Debtors

Case No. 13-21877-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Oct 03, 2016
                   Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2016.
13673134       +RBS Citizens, NA,    10561 Telegraph Rd.,    Glen Allen, VA 23059-4577

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2016 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, et al agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Andrew F Gornall    on behalf of Defendant    U. S. Bank National Association as Indenture Trustee for Home Loan Trust, Home Loan-Backed Notes, Series 2006-HI5 agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Bethel Park School District jhunt@grblaw.com, cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com, cnoroski@grblaw.com
         Joan Shinavski    on behalf of Plaintiff Cathy S. Levis joan@mckaylaw.com, ann@mckaylaw.com;jshinavski@hotmail.com
         Joan Shinavski    on behalf of Plaintiff William R. Levis joan@mckaylaw.com, ann@mckaylaw.com;jshinavski@hotmail.com
         Joan Shinavski    on behalf of Debtor William R. Levis joan@mckaylaw.com, ann@mckaylaw.com;jshinavski@hotmail.com
         Joan Shinavski    on behalf of Joint Debtor Cathy S. Levis joan@mckaylaw.com, ann@mckaylaw.com;jshinavski@hotmail.com
         Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com, dfarally@lenderlaw.com
         Mary F. Kennedy    on behalf of Creditor    RBS Citizens, N.A. mary@javardianlaw.com, tami@javardianlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                             TOTAL: 14