**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/09/2017

IN RE:

WILLIAM R. LEVIS
CATHY S. LEVIS
4719 PRESCOTT DRIVE
BETHEL PARK, PA 15102
XXX-XX-0365          Debtor(s)
XXX-XX-9977

Case No. 13-21877 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/9/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Creditor Details |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3001 |
| **BAYVIEW LOAN SERVICING LLC**** <br> 4425 PONCE DE LEON BLVD 5TH FL <br> CORAL GABLES, FL  33146 | Trustee Claim Number: 2   INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 0.00 <br> COMMENT: LOAN MOD PMT@CID32*PMT@CCO MTG/PL*782.62 X (60+2)=LMT*1ST/SCH*W/27,3 | CRED DESC: MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.: 0062 |
| **FIRST COMMONWEALTH BANK*** <br> POB 400* <br> INDIANA, PA  15701 | Trustee Claim Number: 3   INT %: 5.09% <br> Court Claim Number: 2 <br> CLAIM: 13,263.65 <br> COMMENT: C2GOV/CONF@3RD LVL*$@5.09%/PL-CL@AP@K/PL~PL NT K | CRED DESC: VEHICLE <br> ACCOUNT NO.: 3949 |
| **US BANK NA** <br> C/O OCWEN LOAN SERVICING LLC(*) <br> 1661 WORTHINGTON RD STE 100 <br> WEST PALM BEACH, FL  33409-6493 | Trustee Claim Number: 4   INT %: 0.00% <br> Court Claim Number: 16-2 <br> CLAIM: 14,000.00 <br> COMMENT: $@0%/PL-STIP OE*2ND~OCWEN/SCH*DKT!!!*AMD*W/33 | CRED DESC: MORTGAGE PAID IN FULL <br> ACCOUNT NO.: 1877 |
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br> PO BOX 772813 <br> CHICAGO, IL  60677-2813 | Trustee Claim Number: 5   INT %: 0.00% <br> Court Claim Number: 13 <br> CLAIM: 2,494.31 <br> COMMENT: REF3032265340 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1747 |
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br> PO BOX 772813 <br> CHICAGO, IL  60677-2813 | Trustee Claim Number: 6   INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 2,677.27 <br> COMMENT: REF 303226523 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7341 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** <br> PO BOX 788 <br> KIRKLAND, WA  98083-0788 | Trustee Claim Number: 7   INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 710.41 <br> COMMENT: WOMAN WITHIN | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5442 |
| **COMENITY BANK** <br> PO BOX 182272 <br> COLUMBUS, OH  43218 | Trustee Claim Number: 8   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~NO$~BLAIR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **COMENITY BANK** <br> PO BOX 182272 <br> COLUMBUS, OH  43218 | Trustee Claim Number: 9   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~NO$~HABAND/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **DELL FINANCIAL SERVICES LLC** <br> C/O RESURGENT CAP SVCS <br> POB 10390 <br> GREENVILLE, SC  29603-0390 | Trustee Claim Number: 10   INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 1,446.75 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6041 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **EQUITABLE GAS CO (*)**<br>225 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0018 |
| **ULTRA JEWELERS CBUSA NA**<br>POB 6003<br><br>HAGERSTOWN, MD  21747 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **ANTIO LLC**<br>C/O WEINSTEIN AND RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA  98124-3948 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  6,846.19<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5283 |
| **INCHARGE DEBT SOLUTIONS++**<br>2101 PARK CENTER DR STE 320<br><br>ORLANDO, FL  32835 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~DISPUTED/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **MUNICIPALITY OF BETHEL PARK (SWG)**<br>C/O JORDAN TAX SVC-CURR & DELQ YRS<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  0.00<br>COMMENT:  CL 6@ 32.19 W/DRAWN-DOC 43 | | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  317-K-122;13 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  1,157.61<br>COMMENT:  LENSCRAFTERS/GE CAP*REF3032393424 | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2134 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:12-2<br><br>CLAIM:  1,712.45<br>COMMENT:  LEVIN FURNITURE*AMD | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0517 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  2,943.49<br>COMMENT:  GE CPTL RB/LOWES | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9853 |
| **PENNSYLVANIA-AMERICAN WTR CO***<br>300 GALLEY RD*<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0539 |
| **RICHARD DUKOVICH DDS**<br>4880 LIBRARY RD F<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **ROAMAN'S**<br>POB 182122<br>COLUMBUS, OH 43218 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7290 | CLAIM: 3,955.47<br>COMMENT: SEARS GOLD MASTERCARD |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 14 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0008 | CLAIM: 9,294.47<br>COMMENT: CHASE |
| **WEST-AIRCOMM FCU**<br>POB 568<br>BEAVER, PA 15009-0568 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: |
| **WEST-AIRCOMM FCU**<br>POB 568<br>BEAVER, PA 15009-0568 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: |
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: US BANK NATL TRUST/PRAE |
| **BAYVIEW LOAN SERVICING LLC\*\***<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0062 | CLAIM: 5,988.72<br>COMMENT: LOAN MOD OE@CID32*INTERIM TRIAL MOD PMT BGN 10/13/OE*DKT4PMT-LMT*W/ |
| **JEFFREY R HUNT ESQ**<br>GOEHRING ET AL<br>437 GRANT ST 14TH FL<br>PITTSBURGH, PA 15219-6107 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: MUN OF BETHEL PARK/PRAE |
| **JEFFREY R HUNT ESQ**<br>GOEHRING ET AL<br>437 GRANT ST 14TH FL<br>PITTSBURGH, PA 15219-6107 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: BETHEL PARK SD/PRAE |
| **BETHEL PARK SD & MUNIC OF BETHEL PARK (**<br>C/O JORDAN TAX SVC - DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 7 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8836/0536;10-12 | CLAIM: 1,659.67<br>COMMENT: $@0%/PL-CL*NT/SCH |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR T MOE**<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124-8848 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 110.34<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1514 |
| **BAYVIEW LOAN SERVICING LLC\*\***<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 0.00<br>COMMENT: PMT/DECL\*LOAN MOD BGN 1/14\*DKT4PMT-LMT\*W/2,27\*FR RBS CITIZENS~DOC 11 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0062 |
| **US BANK NA**<br>C/O OCWEN LOAN SERVICING LLC(\*)<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH, FL 33409-6493 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 16-2 | CLAIM: 13,443.21<br>COMMENT: UNS BAL AFTER OE\*W/4\*STIP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1877 |
| **SANTANDER CONSUMER USA(\*)**<br>PO BOX 660633<br>DALLAS, TX 75266 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: PMT/CONF BGN 10/14\*289.78/PL\*289.79 X 43 REM + 2=LMT\*NT ADR/REPORT | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 2012 KIA SOUL |