SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT



TO:  1.  *Intake Clerk* *

 2.  *Case Administrator*

FROM:  *Financial Administrator*

DATE: __6/14/18__

CASE NAME: __William R. Levis/Cathy S. Levis__

CASE NUMBER: __13-21877-JAD__

Check Number __1079792__ in the amount of $ __645.50__ was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: __14265__        Intake Clerk's Initials __LF__

\*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**

06/11/2018

Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

OR

Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501

Re: WILLIAM R. LEVIS
CATHY S. LEVIS
Case No: 13-21877JAD

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above. These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Us Bank Na
C/O Ocwen Loan Servicing Llc(*)
1661 Worthington Rd Ste 100
West Palm Beach, FL 33409-6493

CHECK NUMBER 1079792       AMOUNT $645.50

The disbursement(s) was returned to the Trustee for the following reason:

Creditor returned funds.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: JOAN SHINAVSKI ESQ
WILLIAM R. LEVIS
CATHY S. LEVIS
Us Bank Na