**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **WILLIAM R. LEVIS** |
| Debtor 2 (Spouse, if filing) | **CATHY S. LEVIS** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number: | **13-21877JAD** |

## Form 4100N

# Notice of Final Cure Payment                    10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1:   Mortgage Information

**Name of creditor:**   BAYVIEW LOAN SERVICING LLC**

**Court claim no.** (if known):   09

**Last 4 digits** of any number you use to identify the debtor's account    0  0  6  2

**Property Address:**   4719 PRESCOTT DR
BETHEL PARK PA 15102

### Part 2:   Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a.  Allowed prepetition arrearage: | (a) $ | 0.00 |
| b.  Prepetition arrearage paid by the trustee: | (b) $ | 0.00 |
| c.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e.  Allowed postpetition arrearage: | (e) $ | 0.00 |
| f.  Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g.  **Total.** Add lines b, d, and f. | (g) $ | 0.00 |

### Part 3:   Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment                                    $      $800.28

The next postpetition payment is due on   6 / 1 / 2018
                                          MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **WILLIAM R. LEVIS** | Case number *(if known)* | **13-21877JAD** |
|---|---|---|---|
| | Name | | |

| **Part 4:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)** |
|---|---|

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**x** /s/ Ronda J. Winnecour                    Date   06/19/2018
Signature

| Trustee | Ronda J. Winnecour |
|---|---|

| Address | CHAPTER 13 TRUSTEE WD PA |
|---|---|
| | 600 GRANT STREET |
| | SUITE 3250 US STEEL TWR |
| | PITTSBURGH, PA  15219 |

Contact phone  (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | **WILLIAM R. LEVIS** | | Case number *(if known)* | **13-21877JAD** |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 04/09/2014 | | RBS CITIZENS NA(*) | REALLOCATION OF CONTINUING DEBT | 3,388.56 |
| 04/25/2014 | 0892077 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 05/28/2014 | 0896156 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 06/25/2014 | 0900220 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 07/24/2014 | 0904316 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 08/26/2014 | 0908372 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 09/29/2014 | 0912534 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 10/29/2014 | 0916514 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 11/24/2014 | 0921191 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 12/22/2014 | 0925228 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 01/27/2015 | 0929315 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 02/24/2015 | 0933354 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 03/26/2015 | 0937425 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 733.22 |
| 04/24/2015 | 0941611 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 946.10 |
| 05/26/2015 | 0945682 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 862.10 |
| 06/23/2015 | 0949616 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 07/28/2015 | 0953711 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 08/26/2015 | 0957741 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 09/28/2015 | 0961638 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 10/26/2015 | 0965634 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 11/24/2015 | 0969811 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 12/22/2015 | 0973768 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 01/26/2016 | 0977838 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 02/24/2016 | 0981749 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 03/28/2016 | 0985808 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 04/22/2016 | 0989980 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 05/24/2016 | 0993949 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 06/27/2016 | 1002716 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 07/26/2016 | 1006664 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 08/26/2016 | 1010685 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 09/27/2016 | 1014628 | RBS CITIZENS NA(*) | AMOUNTS DISBURSED TO CREDITOR | 847.14 |
| 11/21/2016 | 1019771 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,942.02 |
| 12/21/2016 | 1023027 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 797.19 |
| 01/27/2017 | 1026410 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 797.19 |
| 02/24/2017 | 1029904 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 797.19 |
| 03/28/2017 | 1033276 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 797.19 |
| 04/21/2017 | 1036665 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 797.19 |
| 05/25/2017 | 1039915 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 797.19 |
| 06/27/2017 | 1043260 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 797.19 |
| 07/25/2017 | 1046615 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 797.19 |
| 09/26/2017 | 1053263 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 810.06 |
| 10/25/2017 | 1056640 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 798.62 |
| 11/21/2017 | 1059977 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 798.62 |
| 12/21/2017 | 1063195 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 798.62 |
| 01/24/2018 | | BAYVIEW LOAN SERVICING LLC** | REALLOCATION OF CONTINUING DEBT | 181.04 |
| 01/25/2018 | 1066600 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 798.62 |
| 02/23/2018 | 1069834 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 798.62 |
| 04/24/2018 | 1076227 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,422.84 |
| | | | | 43,529.34 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

WILLIAM R. LEVIS
CATHY S. LEVIS
4719 PRESCOTT DRIVE
BETHEL PARK, PA  15102

JOAN SHINAVSKI ESQ
MCKAY & ASSOCIATES PC
UNICORN PROFESSIONAL PLAZA
3755 LIBRARY RD STE 301
PITTSBURGH, PA  15234

BAYVIEW LOAN SERVICING LLC**
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES, FL  33146

ALEXANDRA T GARCIA ESQ
MCCABE WEISBERG & CONWAY PC
123 S BROAD ST STE 1400
PHILADELPHIA, PA  19109

6/19/18                                             /s/ Renee Ward
                                                    _____
                                                    Administrative Assistant
                                                    Office of the Chapter 13 Trustee