| Fill in this information to identify the case: | |
|---|---|
| **Debtor 1** William R. Levis | |
| **Debtor 2** Cathy S. Levis (Spouse, if filing) | |
| **United States Bankruptcy Court for the:** Western **District of** PA (State) | |
| **Case Number** 13-21877-JAD | |

# Form 4100R
# Response to Notice of Final Cure Payment                                                   10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Bayview Loan Servicing, LLC

**Last 4 digits** of any number you use to identify the debtor's account: ******0062

**Court claim no.** (if known)   9

**Property Address:** 4719 Prescott Dr
Number    Street

Bethel Park    PA    15102
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

As of July 9, 2018, the next post-petition payment from the debtor(s) is due on August 1, 2018, in the amount of $ 800.28
MM/DD /YYYY.

☐ Creditor states that the debtor(s) are not current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

a. Total postpetition ongoing payments due:    (a)  $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    +  (b)  $

c. **Total.** Add lines a and b:    (c)  $
Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became    _____
due on:    MM/ DD/ YYYY

| Form 4100R | Response to Notice of Final Cure Payment | page 1 |
|---|---|---|

| Debtor 1 | William R. Levis | | | Case number *(if known)* | 13-21877-JAD |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Cathy S. Levis | | | | |
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

_____ Signature

Date 07/09/2018

| Print | Michele | A. | DeWitt | | Title | Agent to Creditor |
| --- | --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | | |

Company    Aldridge Pite, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 4375 | Jutland Drive, Suite 200 | | |
| --- | --- | --- | --- | --- |
| | Number | Street | | |
| | San Diego | | CA | 92117 |
| | City | | State | ZIP Code |

Contact Phone    858-750-7600                         Email    mdewitt@aldridgepite.com

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: July 10, 2018

| | |
|---|---|
| Chapter 13 Trustee: | Ronda J. Winnecour |
| Trustee Address: | Suite 3250, USX Tower  600 Grant Street |
| | Pittsburgh, PA 15219 |
| Trustee Email: | cmecf@chapter13trusteewdpa.com |
| | |
| Debtor's Counsel Name: | Joan Shinavski |
| Debtor's Counsel Address: | 3755 Library Road  Suite 301 |
| | Pittsburgh, PA 15234 |
| | 412-344-6113 |
| Debtor's Counsel Email: | joan@mckaylaw.com |
| | |
| Debtor 1 Name: | William R. Levis |
| Debtor 2 Name: | Cathy S. Levis |
| Debtor's Mailing Address: | 4719 Prescott Drive |
| | Bethel Park, PA 15102 |
| | |
| United States Trustee: | U.S. Trustee |
| US Trustee Address: | Department of Justice |
| | Western District of Pennsylvania U.S. Trustee |
| | Liberty Center |
| | 1001 Liberty Avenue, Suite 970 |
| | Pittsburgh, PA 15222 |
| | ustpregion03.pi.ecf@usdoj.com |

_/s/ Tori Ward_