**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **William R. Levis** | Social Security number or ITIN  **xxx–xx–0365** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Cathy S. Levis** | Social Security number or ITIN  **xxx–xx–9977** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **13–21877–JAD**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William R. Levis
aka Bill Levis

Cathy S. Levis
aka Cathy Sue Levis

8/15/18

**By the court:**   Jeffery A. Deller
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-21877-JAD
William R. Levis                                                          Chapter 13
Cathy S. Levis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr              Page 1 of 3             Date Rcvd: Aug 15, 2018
                             Form ID: 3180W          Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
```
db/jdb         +William R. Levis,   Cathy S. Levis,    4719 Prescott Drive,    Bethel Park, PA 15102-2967
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr              Duquesne Light Company,   c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +First Commonwealth Bank,   c/o McGrath Law Group, P.C.,    Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,   Pittsburgh, PA 15222-1000
cr             +RBS Citizens NA s/b/m CCO Mort.,    10561 Telegraph Road,   Glen Allen, VA 23059-4577
intp           +ThermoFisher Scientific,   Attention: Payroll Dept.,    300 Industry Drive,
                 Pittsburgh, PA 15275-1001
13628691       +Home Depot Credit Services,   PO Box 790328,    Saint Louis, MO 63179-0328
13628694        Interinsurance Exch./Automobile Club,   PO Box 25451,    Santa Ana, CA 92799-5451
13628693        Interinsurance Exch./Automobile Club,   PO Box 25425,    Santa Ana, CA 92799-5425
13628695       +Jordan Tax Service, Inc.,   102 Rahway Road,    McMurray, PA 15317-3349
13665886       +Municipality of Bethel Park,   c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13665887       +Municipality of Bethel Park/Bethel Park SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
13628700        Ocwen,   Attn: Customer Service,   PO Box 4622,    Waterloo, IA 50704-4622
13628702        Progressive Life Insurance Company,   Customer Service,    PO Box 12687,
                 Birmingham, AL 35202-6687
13673134       +RBS Citizens, NA,   10561 Telegraph Rd.,    Glen Allen, VA 23059-4577
13628703       +Richard A. Dukovich DDS,   4880 Library Road #F,    Bethel Park, PA 15102-2946
13787599       +U.S. Bank National Association, as Indenture Trust,    Series 2006-HI5,
                 Ocwen Loan Servicing, LLC,   ATTN: Bankruptcy Department,    1100 Virginia Drive, Suite 175,
                 Fort Washington, PA 19034-3278

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2018 02:22:51      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 16 2018 02:23:33
                 BAYVIEW LOAN SERVICING, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1837
13672909       +E-mail/Text: bncmail@w-legal.com Aug 16 2018 02:23:14      ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13640067        EDI: AIS.COM Aug 16 2018 06:13:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848
14299076       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 16 2018 02:23:33
                 Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
13628682        Fax: 888-777-2057 Aug 16 2018 02:54:13      CCO Mortgage,   10561 Telegraph Road,
                 Glen Allen, VA 23059
13628681       +EDI: RMSC.COM Aug 16 2018 06:13:00      CareCredit/GECRB,   GE Capital Retail Bank,
                 Attn: Bankruptcy Department,   PO Box 103106,   Roswell, GA 30076-9106
13628683        EDI: WFNNB.COM Aug 16 2018 06:13:00      Comenity - Woman Within,   Comenity Bank,
                 Bankruptcy Department,   PO Box 182125,   Columbus, OH 43218-2125
13628684       +EDI: WFNNB.COM Aug 16 2018 06:13:00      Comenity Capital/Blair,   PO Box 182120,
                 Columbus, OH 43218-2120
13628685       +EDI: WFNNB.COM Aug 16 2018 06:13:00      Comenity Capital/Haband,   PO Box 182120,
                 Columbus, OH 43218-2120
13628686        EDI: RCSDELL.COM Aug 16 2018 06:13:00      Dell Financial Services,
                 c/o DFS Customer Care Dept.,   PO Box 81577,   Austin, TX 78708-1577
13628687       +E-mail/Text: kburkley@bernsteinlaw.com Aug 16 2018 02:23:54      Duquesne Light Company,
                 Customer Care Department,   411 Seventh Avenue, MD 6-1,   Pittsburgh, PA 15219-1942
13639666       +E-mail/Text: kpenn@lenderlaw.com Aug 16 2018 02:24:14      First Commonwealth Bank,
                 c/o Kirsten S. Miniotis, Esquire,   McGrath Law Group, P.C.,
                 Three Gateway Center, Suite 1375,   401 Liberty Avenue,   Pittsburgh, PA 15222-1000
13628689       +E-mail/Text: bankruptcynotice@fcbanking.com Aug 16 2018 02:22:02      First Commonwealth Bank,
                 601 Philadelphia Street,   Indiana, PA 15701-3952
13628690       +EDI: RMSC.COM Aug 16 2018 06:13:00      GECRB/Ultra Jewelers,   PO Box 965036,
                 Orlando, FL 32896-5036
13628692       +E-mail/Text: clientservices@incharge.org Aug 16 2018 02:24:01      InCharge Debt Solutions,
                 5750 Major Boulevard Suite 175,   Orlando, FL 32819-7976
13676757        EDI: JEFFERSONCAP.COM Aug 16 2018 06:13:00      Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
13628696       +EDI: RMSC.COM Aug 16 2018 06:13:00      Lenscrafters/GECRB,   GE Capital Retail Bank,
                 Attn: Bankruptcy Department,   PO Box 103106,   Roswell, GA 30076-9106
13628697       +EDI: RMSC.COM Aug 16 2018 06:13:00      Levin Furniture/GECRB,   GE Capital Retail Bank,
                 Attn: Bankruptcy Department,   PO Box 103106,   Roswell, GA 30076-9106
13628698       +EDI: RMSC.COM Aug 16 2018 06:13:00      Lowe's,   GE Money Bank,   ATTN: Bankruptcy Department,
                 PO Box 103104,   Roswell, GA 30076-9104
```

```
District/off: 0315-2          User: gamr              Page 2 of 3            Date Rcvd: Aug 15, 2018
                              Form ID: 3180W          Total Noticed: 50


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13628699        E-mail/Text: litigationintake@metlife.com Aug 16 2018 02:23:58
                 Metropolitan Life Insurance Company,   P.O. Box 8000,   Johnstown, PA 15907-8000
13684998        EDI: PRA.COM Aug 16 2018 06:13:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
13628701        E-mail/Text: csc.bankruptcy@amwater.com Aug 16 2018 02:24:02      Pennsylvania American Water,
                 PO Box 578,   Alton, IL 62002-0578
13656741        EDI: Q3G.COM Aug 16 2018 06:13:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
13651715        EDI: Q3G.COM Aug 16 2018 06:13:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
13628704       +EDI: WFNNB.COM Aug 16 2018 06:13:00      Roamans Card,   PO Box 182789,
                 Columbus, OH 43218-2789
13942403       +EDI: DRIV.COM Aug 16 2018 06:13:00      Santander Consumer USA, Inc.,   PO Box 25120,
                 Lehigh Valley, PA 18002-5120
13628705        EDI: SEARS.COM Aug 16 2018 06:13:00      Sears MasterCard,   PO Box 6282,
                 Sioux Falls, SD 57117-6282
13628706       +EDI: CHASE.COM Aug 16 2018 06:13:00      Slate from Chase,   PO Box 15299,
                 Wilmington, DE 19850-5299
13628707        EDI: AISTMBL.COM Aug 16 2018 06:13:00      T-Mobile Customer Relations,   PO Box 37380,
                 Albuquerque, NM 87176-7380
13628708       +EDI: VERIZONCOMB.COM Aug 16 2018 06:13:00      Verizon FIOS,   Bakruptcy Dept.,
                 500 Technology Drive Suite 550,   Saint Charles, MO 63304-2225
13628709       +E-mail/Text: adjustor@westaircomm.com Aug 16 2018 02:21:56      West-Aircomm FCU,   PO Box 568,
                 Beaver, PA 15009-0568
                                                                                              TOTAL: 32

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bethel Park School District
cr              Municipality of Bethel Park
cr              RBS Citizens, N.A.
cr              U.S. Bank National Association, et al
13636036*     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
13676794*     ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
13676837*     ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
13676866*     ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
13628688      ##Equitable Gas Company,   PO Box 6766,   Pittsburgh, PA 15212-0766
                                                                                   TOTALS: 4, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: gamr              Page 3 of 3                 Date Rcvd: Aug 15, 2018
                              Form ID: 3180W          Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, et al
           andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Defendant    U. S. Bank National Association as Indenture Trustee
           for Home Loan Trust, Home Loan-Backed Notes, Series 2006-HI5 andygornall@latouflawfirm.com
          Celine P. DerKrikorian    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com
          James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, et al
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Municipality of Bethel Park jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Bethel Park School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Joan Shinavski    on behalf of Plaintiff William R. Levis joan@mckaylaw.com,
           ann@mckaylaw.com;jshinavski@hotmail.com
          Joan Shinavski    on behalf of Debtor William R. Levis joan@mckaylaw.com,
           ann@mckaylaw.com;jshinavski@hotmail.com
          Joan Shinavski    on behalf of Plaintiff Cathy S. Levis joan@mckaylaw.com,
           ann@mckaylaw.com;jshinavski@hotmail.com
          Joan Shinavski    on behalf of Joint Debtor Cathy S. Levis joan@mckaylaw.com,
           ann@mckaylaw.com;jshinavski@hotmail.com
          Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
          Mary F. Kennedy    on behalf of Creditor   RBS Citizens, N.A. mary@javardianlaw.com,
           tami@javardianlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                                              TOTAL: 17