**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    WILLIAM R. LEVIS
    CATHY S. LEVIS
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:13-21877 JAD

Chapter 13

Document No.: 127

ORDER OF COURT

    AND NOW, this __15th__ day of __August__, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

FILED
8/15/18 1:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                          Case No. 13-21877-JAD
William R. Levis                                                Chapter 13
Cathy S. Levis
          Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: gamr                  Page 1 of 3                  Date Rcvd: Aug 15, 2018
                              Form ID: pdf900             Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db/jdb         +William R. Levis,    Cathy S. Levis,    4719 Prescott Drive,    Bethel Park, PA 15102-2967
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +First Commonwealth Bank,    c/o McGrath Law Group, P.C.,    Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,    Pittsburgh, PA 15222-1000
cr             +RBS Citizens NA s/b/m CCO Mort.,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
intp           +ThermoFisher Scientific,    Attention: Payroll Dept.,    300 Industry Drive,
                 Pittsburgh, PA 15275-1001
13628686      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     c/o DFS Customer Care Dept.,
                 PO Box 81577,    Austin, TX 78708-1577)
13628691       +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
13628694        Interinsurance Exch./Automobile Club,    PO Box 25451,    Santa Ana, CA 92799-5451
13628693        Interinsurance Exch./Automobile Club,    PO Box 25425,    Santa Ana, CA 92799-5425
13628695       +Jordan Tax Service, Inc.,    102 Rahway Road,    McMurray, PA 15317-3349
13665886       +Municipality of Bethel Park,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13665887       +Municipality of Bethel Park/Bethel Park SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13628700        Ocwen,   Attn: Customer Service,    PO Box 4622,    Waterloo, IA 50704-4622
13628702        Progressive Life Insurance Company,    Customer Service,    PO Box 12687,
                 Birmingham, AL 35202-6687
13673134       +RBS Citizens, NA,    10561 Telegraph Rd.,    Glen Allen, VA 23059-4577
13628703       +Richard A. Dukovich DDS,    4880 Library Road #F,    Bethel Park, PA 15102-2946
13628705        Sears MasterCard,    PO Box 6282,   Sioux Falls, SD 57117-6282
13628706       +Slate from Chase,    PO Box 15299,    Wilmington, DE 19850-5299
13628707      ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile Customer Relations,     PO Box 37380,
                 Albuquerque, NM 87176-7380)
13787599       +U.S. Bank National Association, as Indenture Trust,    Series 2006-HI5,
                 Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Department,    1100 Virginia Drive, Suite 175,
                 Fort Washington, PA 19034-3278

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 16 2018 02:23:33
                 BAYVIEW LOAN SERVICING, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1837
13672909       +E-mail/Text: bncmail@w-legal.com Aug 16 2018 02:23:14       ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13640067        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 16 2018 02:40:55
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
14299076       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 16 2018 02:23:33
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
13628682        Fax: 888-777-2057 Aug 16 2018 02:54:13       CCO Mortgage,    10561 Telegraph Road,
                 Glen Allen, VA 23059
13628681       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2018 02:27:54       CareCredit/GECRB,
                 GE Capital Retail Bank,    Attn: Bankruptcy Department,    PO Box 103106,
                 Roswell, GA 30076-9106
13628683        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 16 2018 02:22:20       Comenity - Woman Within,
                 Comenity Bank,    Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
13628684       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 16 2018 02:22:20       Comenity Capital/Blair,
                 PO Box 182120,    Columbus, OH 43218-2120
13628685       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 16 2018 02:22:20       Comenity Capital/Haband,
                 PO Box 182120,    Columbus, OH 43218-2120
13628687       +E-mail/Text: kburkley@bernsteinlaw.com Aug 16 2018 02:23:55       Duquesne Light Company,
                 Customer Care Department,    411 Seventh Avenue, MD 6-1,    Pittsburgh, PA 15219-1942
13639666       +E-mail/Text: kpenn@lenderlaw.com Aug 16 2018 02:24:14       First Commonwealth Bank,
                 c/o Kirsten S. Miniotis, Esquire,    McGrath Law Group, P.C.,
                 Three Gateway Center, Suite 1375,    401 Liberty Avenue,    Pittsburgh, PA 15222-1000
13628689       +E-mail/Text: bankruptcynotice@fcbanking.com Aug 16 2018 02:22:02       First Commonwealth Bank,
                 601 Philadelphia Street,    Indiana, PA 15701-3952
13628690       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2018 02:27:15       GECRB/Ultra Jewelers,
                 PO Box 965036,    Orlando, FL 32896-5036
13628692       +E-mail/Text: clientservices@incharge.org Aug 16 2018 02:24:01       InCharge Debt Solutions,
                 5750 Major Boulevard Suite 175,    Orlando, FL 32819-7976
13676757        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 16 2018 02:23:21       Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
```

```
District/off: 0315-2         User: gamr               Page 2 of 3                Date Rcvd: Aug 15, 2018
                             Form ID: pdf900          Total Noticed: 48


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13628696        +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2018 02:27:54      Lenscrafters/GECRB,
                 GE Capital Retail Bank,    Attn: Bankruptcy Department,    PO Box 103106,
                 Roswell, GA 30076-9106
13628697        +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2018 02:27:54      Levin Furniture/GECRB,
                 GE Capital Retail Bank,    Attn: Bankruptcy Department,    PO Box 103106,
                 Roswell, GA 30076-9106
13628698        +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2018 02:27:54      Lowe's,   GE Money Bank,
                 ATTN: Bankruptcy Department,    PO Box 103104,   Roswell, GA 30076-9104
13628699         E-mail/Text: litigationintake@metlife.com Aug 16 2018 02:23:58
                 Metropolitan Life Insurance Company,    P.O. Box 8000,   Johnstown, PA 15907-8000
13684998         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 02:27:59
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13628701         E-mail/Text: csc.bankruptcy@amwater.com Aug 16 2018 02:24:02     Pennsylvania American Water,
                 PO Box 578,   Alton, IL 62002-0578
13656741         E-mail/Text: bnc-quantum@quantum3group.com Aug 16 2018 02:22:23
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
13651715         E-mail/Text: bnc-quantum@quantum3group.com Aug 16 2018 02:22:23
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13628704        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 16 2018 02:22:20      Roamans Card,
                 PO Box 182789,    Columbus, OH 43218-2789
13628708        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 16 2018 02:21:52
                 Verizon FIOS,   Bakruptcy Dept.,    500 Technology Drive Suite 550,
                 Saint Charles, MO 63304-2225
13628709        +E-mail/Text: adjustor@westaircomm.com Aug 16 2018 02:21:56     West-Aircomm FCU,   PO Box 568,
                 Beaver, PA 15009-0568
                                                                                               TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bethel Park School District
cr              Municipality of Bethel Park
cr              RBS Citizens, N.A.
cr              U.S. Bank National Association, et al
13636036*       ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
13676794*       ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
13676837*       ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
13676866*       ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
13628688        ##Equitable Gas Company,   PO Box 6766,   Pittsburgh, PA 15212-0766
13942403        ##+Santander Consumer USA, Inc.,   PO Box 25120,   Lehigh Valley, PA 18002-5120
                                                                                   TOTALS: 4, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2                  User: gamr                    Page 3 of 3                    Date Rcvd: Aug 15, 2018
                                      Form ID: pdf900               Total Noticed: 48
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, et al
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Defendant    U. S. Bank National Association as Indenture Trustee
               for Home Loan Trust, Home Loan-Backed Notes, Series 2006-HI5 andygornall@latouflawfirm.com
              Celine P. DerKrikorian    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, et al
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Bethel Park School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joan Shinavski    on behalf of Plaintiff William R. Levis joan@mckaylaw.com,
               ann@mckaylaw.com;jshinavski@hotmail.com
              Joan Shinavski    on behalf of Debtor William R. Levis joan@mckaylaw.com,
               ann@mckaylaw.com;jshinavski@hotmail.com
              Joan Shinavski    on behalf of Plaintiff Cathy S. Levis joan@mckaylaw.com,
               ann@mckaylaw.com;jshinavski@hotmail.com
              Joan Shinavski    on behalf of Joint Debtor Cathy S. Levis joan@mckaylaw.com,
               ann@mckaylaw.com;jshinavski@hotmail.com
              Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
              Mary F. Kennedy    on behalf of Creditor    RBS Citizens, N.A. mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 17
```